UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. C06-32 |
| Petitioner, | ) | |
| v. | ) | MINUTE ORDER |
| DAVID GOULD, | ) | |
| Respondent. | ) | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Respondent has submitted motions to dismiss and vacate the above-captioned case and order to appear, Dkt. No. 8, and a motion for judge to recuse himself for prejudice. Dkt. No 9. To the extent these motions attempt to strike the hearing currently scheduled for Friday, January 20, 2006, they are DENIED.

DATED this 19th day of January, 2006.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk

PAGE -1