UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | Case No. C06-0032-RSL-JPD |
| ) | |
| v. ) | |
| ) | ORDER GRANTING PETITION TO |
| DAVID GOULD, ) | ENFORCE IRS SUBPOENA |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court, having reviewed the Petitioner's Petition to Enforce Internal Revenue Service Summons, all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Petitioner's Petition to Enforce Internal Revenue Service Summons against the respondent (Dkt. No. 1) is GRANTED;

(3) If respondent chooses to assert a Fifth Amendment privilege, the assertion will be raised on a document-by-document or question-by-question basis;

(4) Respondent is directed to comply with the summons no later than February 21,

2006, or on a date mutually agreed upon by the parties;

(5)  Respondent's Motion to Recuse All Federal Judges (Dkt. No. 9), and Motion to Dismiss and Vacate (Dkt. No. 8), is DENIED; and

(6)  The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 6th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge